# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Lisa Anne Bowers**
    Plaintiff(s)
  vs.                          **CASE NUMBER: 5:20-cv-423 (ML)**

**Commissioner of Social Security**
    Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that Plaintiff's motion for judgment on the pleadings (Dkt. No. 15) is DENIED; that Defendant's motion for judgment on the pleadings (Dkt. No. 16) is GRANTED; that the Commissioner's decision denying Plaintiff disability benefits is AFFIRMED; that Plaintiff's Complaint (Dkt. No. 1) is DISMISSED.

All of the above pursuant to the order of the Honorable Miroslav Lovric, dated the 21st day of June, 2021.

DATED: June 22, 2021

*[signature]*
Clerk of Court

s/Kathy Rogers
Deputy Clerk